**UNITED STATES DISTRICT COURT**
            **FOR THE DISTRICT OF NEW HAMPSHIRE**


**United States of America**

    **v.**                                              Case No. 12-cr-154-PB

**Takeya Green**


**O R D E R**

The defendant has filed a motion to continue the July 9, 2013 trial for a period of 30 days, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from July 9, 2013 to August 20, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 26, 2013 final pretrial conference shall be continued to August 5, 2013 at 11:00 a.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 17, 2013

cc: Behzad Mirhashem, Esq.
    Alfred J.T. Rubega, AUSA
    United States Marshal
    United States Probation