**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**United States of America**

    **v.**                                        Case No. 12-cr-154-PB

**Takeya Green**

**O R D E R**

The defendant has filed a motion to continue the August 20, 2013 trial, citing the need for additional time to finalize plea negotiations and arrange for travel to New Hampshire to attend the plea hearing. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from August 20, 2013 to October 1, 2013. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 5, 2013 final pretrial conference is continued to September 24, 2013 at 2:00 p.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

August 2, 2013

cc: Behzad Mirhashem, Esq.
    Alfred J.T. Rubega, AUSA
    United States Marshal
    United States Probation